1 | JOHN A. RUSSO, City Attorney - State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
2 | STEPHEN Q. ROWELL, Deputy City Attorney - State Bar No. 098228
One Frank Ogawa Plaza, 6th Floor
3 | Oakland, California 94612
Telephone:  (510) 238-3865      Fax:  (510) 238-6500
4 | 21978/294543

5 | Attorneys for Defendants
CITY OF OAKLAND and RICHARD WORD

6

7

8 | **UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| FLOYD ARMBRESTER and ZILLION CASH, | Case No.   C 02 2102 VRW |
| Plaintiffs, | **ANSWER OF CITY OF OAKLAND, RICHARD WORD TO COMPLAINT** |
| v. | |
| CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; Oakland police officers, DOES 1 through 25, inclusive, | |
| Defendants. | |

The CITY OF OAKLAND and RICHARD WORD ("Defendants"), hereby answer, object and otherwise respond to the Complaint herein as follows.

**JURISDICTION**

1.    Defendants admit that this court has jurisdiction over this matter.  Defendants deny each and every remaining allegation contained in paragraph 1.

**PARTIES**

2.    Defendants lack information or belief sufficient to enable them to answer paragraphs 2, 4,5, 6, 7, 8, 9 of the Complaint and based on this lack of information and belief deny each and every allegation contained therein.

3.     Defendants admit each and every allegation set forth in paragraph 3 of the Complaint.

## STATEMENT OF FACTS

4.     Defendants deny each and every allegation set forth in paragraphs 10, 11, 12, 14, 15, 16, 19 and 20 of the Complaint.

5.     Defendants lack information or belief sufficient to enable them to answer paragraphs 13 of the Complaint and based on this lack of information and belief deny each and every allegation contained therein.

## DAMAGES

6.     Defendants deny each and every allegation set forth in paragraphs 21, 22, 23, 24 and 25 of the Complaint.

## FIRST CAUSE OF ACTION

7.     In response to paragraph 26 of the Complaint on file herein, defendants incorporate herein, by this reference as though fully set forth at length, their answers to paragraphs 1 through 25.

8.     Defendants deny each and every allegation contained in paragraph 27 of the Complaint.

## SECOND CAUSE OF ACTION

9.     In response to paragraph 28, of the Complaint, defendants incorporate herein, by reference, as though fully set forth at length, their answers to paragraphs 1 through 27 of the Complaint.

10.    Defendants deny each and every allegation contained in paragraphs 29 and 30 of

-2-

CW

ANSWER OF CITY OF OAKLAND AND
RICHARD WORD TO THE COMPLAINT                    C 02 2102 VRW

the Complaint.

## THIRD CAUSE OF ACTION

11.     In response to paragraph 31 of the Complaint, defendants incorporate herein, by reference, as though fully set forth at length, their answers to paragraphs 1 through 30 of the Complaint.

12.     Defendants deny every allegation contained in paragraphs 32 and 33 of the Complaint.

## FOURTH CAUSE OF ACTION

13.     In response to paragraph 34 of the Complaint, defendants incorporate herein by reference, as though fully set forth their answers to paragraphs 1 through 33 of the Complaint.

14.     Defendants deny every allegation contained in paragraphs 35, 36, 37 and 38 of the Complaint on file herein.

## FIFTH CAUSE OF ACTION

15.     In response to paragraph 39 of the Complaint, defendants incorporate herein by reference, as though fully set forth their answers to paragraphs 1 through 38 of the Complaint.

16.     Defendants deny every allegation contained in paragraphs 40 and 41 of the Complaint.

## SIXTH CAUSE OF ACTION

17.     In response to paragraph 42 of the Complaint, defendants incorporate herein by reference, as though fully set forth their answers to paragraphs 1 through 41 of the Complaint.

18.     Defendants deny every allegation contained in paragraphs 43 and 44 of the

-3-

CW

ANSWER OF CITY OF OAKLAND AND
RICHARD WORD TO THE COMPLAINT                    C 02 2102 VRW

1    Complaint.

## SEVENTH CAUSE OF ACTION

19.    In response to paragraph 45 of the Complaint, defendants incorporate herein by reference, as though fully set forth their answers to paragraphs 1 through 44 of the Complaint.

20.    Defendants deny every allegation contained in paragraphs 46, 47, 48 and 49 of the Complaint.

## EIGHTH CAUSE OF ACTION

21.    In response to paragraph 50 of the Complaint, defendants incorporate herein reference, as though fully set forth their answers the paragraphs 1 through 49 of the Complaint.

22.    Defendants deny every allegation contained in paragraphs 51 and 52 of the Complaint.

## NINTH CAUSE OF ACTION

23.    In response to paragraph 53 of the Complaint, defendants incorporate herein reference, as though fully set forth their answers the paragraphs 1 through 51 of the Complaint.

24.    Defendants deny every allegation contained in paragraphs 54 and 55, of the Complaint.

## AFFIRMATIVE DEFENSES

### I.

AS A FURTHER, FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that the Complaint fails to state a cause of action against these defendants.

-4-

CW

ANSWER OF CITY OF OAKLAND AND
RICHARD WORD TO THE COMPLAINT          C 02 2102 VRW

**II.**

AS A FURTHER, SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, defendants, on information and belief, allege that plaintiff was careless and/or negligent in or about the events alleged in the Complaint, and assumed the risks of the events or accident, and said conduct was the proximate cause of the injuries and damages alleged.

**III.**

AS A FURTHER, THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege, on information and belief, that plaintiff did not exercise ordinary care, caution, or prudence to avoid the alleged event and/or accident; consequently, the subsequent injuries or damages, if any, sustained by plaintiff was proximately caused by and contributed to by plaintiff's comparative negligence, and any damages he might otherwise be entitled to should be proportionately reduced by the degree of plaintiff's negligence.

**IV.**

AS A FURTHER, FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that the injuries and damages plaintiff complains of resulted from the acts and/or omissions of others, or acts of God, and without any fault on the part of defendants.

**V.**

AS A FURTHER, FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that any party or individual who was negligent and/or contributed to the alleged injuries and damages was not acting as its agent or with its knowledge or within the course and/or scope of employment with defendant CITY OF OAKLAND.

**VI.**

AS A FURTHER, SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE,

-5-

CW

ANSWER OF CITY OF OAKLAND AND
RICHARD WORD TO THE COMPLAINT                    C 02 2102 VRW

1 defendants allege that this action is barred by all applicable Government Code immunities,

2 including, but not limited to, sections 815 through 900. Said sections are pleaded as

3 though fully set forth herein.

**VII.**

4

5 AS A FURTHER, SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

6 defendants allege that they are not liable for punitive damages pursuant to Government

7 Code section 818.

**VIII.**

8

9 AS A FURTHER, EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE,

10 defendants allege that all of the actions of defendants were undertaken in good faith and

11 with the reasonable belief that such actions were valid, necessary, reasonable, lawful and

12 constitutionally proper, entitling defendants to the qualified immunity of good faith.

**IX.**

13

14 AS A FURTHER, NINTH, SEPARATE AND AFFIRMATIVE DEFENSE,

15 defendants allege that, if they in any fashion caused the injuries or damages alleged,

16 although such liability is expressly denied herein, their acts and/or omissions were

17 reasonable and privileged.

**X.**

18

19 AS A FURTHER, TENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

20 defendants allege, on information and belief, that plaintiff failed to mitigate damages.

**XI.**

21

22 AS A FURTHER, ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

23 defendants allege that, to the extent that plaintiff alleges or asserts matters not contained

24 in a legally sufficient claim filed by him, this action is barred by the claims requirements set

25 forth in Government Code Section 905 et seq.

26                                        -6-

CW

ANSWER OF CITY OF OAKLAND AND
RICHARD WORD TO THE COMPLAINT                    C 02 2102 VRW

**XII.**

AS A FURTHER, TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that this action is barred by all applicable statutes of limitations.

**WHEREFORE,** defendants pray that:

1.      Plaintiffs take nothing by reason of their complaint;

2.      Defendants have judgment against plaintiffs;

3.      Defendants be awarded their costs of suit incurred herein, including costs; and

4.      The Court award such other relief as it may deem proper.

Dated: September 12, 2002

                        JOHN A. RUSSO, City Attorney
                        RANDOLPH W. HALL, Assistant City Attorney
                        STEPHEN Q. ROWELL, Deputy City Attorney


                   By:   ____/s/_____
                        Attorneys for Defendants
                        OFFICER M. PATTERSON and SERGEANT REILLY

-7-

CW

ANSWER OF CITY OF OAKLAND AND
RICHARD WORD TO THE COMPLAINT                C 02 2102 VRW

1
**PROOF OF SERVICE**
**Floyd Armbrester, et al. v. City of Oakland, et al.**
2
**United States District Court -Northern District No: C02 2102VRW**

3     I am a resident of the State of California, over the age of eighteen years, and not a
party to the within action.  My business address is City Hall, One Frank H. Ogawa Plaza,
4  6th Floor, Oakland, California   94612.  On the date below, I served the within documents:

5     **PROOF AND CAPTION**

6     ☐   by transmitting via facsimile the document(s) listed above to the fax
number(s) set forth below, or as stated on the attached service list, on this
7         date before 5:00 p.m.

8     ☒   by placing the document(s) listed above in a sealed envelope with
postage thereon fully prepaid, in the United States mail at Oakland,
9         California addressed as set forth.

10    ☐   by causing personal delivery by _____ of the document(s)
listed above to the person(s) at the address(es) set forth below.

11    ☐   by personally delivering the document(s) listed above to the person(s) at
the address(es) set forth below.
12
☐   by causing such envelope to be sent by Federal Express/ Express Mail.
13
John L. Burris, Esq.
14    LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
15    Oakland, C A 94621
(510) 839-5200
16    (510) 839-3882 (Fax)

17    Gayla B. Libet, Esq.
LAW OFFICES OF GAYLA B. LIBET
18    4105 Emerald Street
Oakland, CA  94609
19    (510) 420-0324

20    I am readily familiar with the City of Oakland's practice of collection and processing
correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal
21  Service on that same day with postage thereon fully prepaid in the ordinary course of
business.
22
I declare under penalty of perjury under the laws of the State of California that the
23  above is true and correct.

24    Executed on September 12, 2002, at Oakland, California.

25
/s/ _____
26                              Reese Johnson

-8-